LEE MERGENTIME, JR., et al., Respondents, Impleaded with Another, *v.* NEW ENGLAND TELEPHONE AND TELEGRAPH COMPANY, Appellant.

Argued October 4, 1939; decided October 20, 1939.

*Irving W. Young, Jr.,* and *H. N. Wells* for appellant.
*David Groberg* and *Harry D. Meislich* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.